# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

June 20, 2001

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

No. 00-3306

ANTONIO GUERRERO,
    *Plaintiff-Appellant*,

  *v.*

JOHN ASHCROFT, Attorney General
of the United States,
    *Defendant-Appellee*.

Appeal from the United States District
Court for the Northern District
of Illinois, Eastern Division.

No. 98 C 864

Rebecca R. Pallmeyer,
*Judge*.

**O R D E R**

The opinion of this court dated June 13, 2001 is hereby corrected.  On page three, first full paragraph, line six, the word "changes" should be "chances".  On page ten, line twelve, the word "he" should be deleted before the word "neither".